# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 14, 2021

Lyle W. Cayce
Clerk

No. 21-40348
Summary Calendar

Ｕｎｉｔｅｄ Ｓｔａｔｅｓ ｏｆ Ａｍｅｒｉｃａ,

*Plaintiff—Appellee*,

*versus*

Ｅｄｖｉｎ Ａｒｏｌｄｏ Ａｌｖａｒａｄｏ,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:21-CR-208-1

Before Ｈｉｇｇｉｎｂｏｔｈａｍ, Ｈｉｇｇｉｎｓｏｎ, and Ｄｕｎｃａｎ, *Circuit Judges*.

Ｐｅｒ Ｃｕｒｉａｍ:*

The Federal Public Defender appointed to represent Edvin Aroldo Alvarado has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Alvarado has not filed a response. We have

---

* Pursuant to 5ᴛʜ Ｃｉｒｃｕｉｔ Ｒｕｌｅ 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᴛʜ Ｃｉｒｃｕｉｔ Ｒｕｌｅ 47.5.4.

No. 21-40348

reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.